**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Daryl Curtis GLENN, Defendant–
Appellant.**

No. 10–10270.

United States Court of Appeals,
Ninth Circuit.

Submitted April 17, 2012.*

Filed April 25, 2012.

Brian William Enos, Esquire, David L. Gappa, Assistant U.S., Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Carolyn Phillips, Esquire, Fresno, CA, for Defendant–Appellant.

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

MEMORANDUM **

Daryl Curtis Glenn appeals from his jury conviction and 180–month sentence for two counts of receipt or distribution of material involving the sexual exploitation of minors, in violation of 18 U.S.C. § 2252(a)(2). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Glenn's counsel has filed a brief stating there are no grounds

for relief, along with a motion to withdraw as counsel of record. We have provided Glenn the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.